NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

D.O.,                                          )
                                               )
                Appellant,                     )
                                               )
v.                                             )         Case No. 2D13-3263
                                               )
STATE OF FLORIDA,                              )
                                               )
                Appellee.                      )
_____)

Opinion filed January 7, 2015.

Appeal from the Circuit Court for
Hillsborough County; Elizabeth G. Rice,
Judge.

Howard L. Dimmig, II, Public Defender, and
Matthew J. Salvia, Assistant Public
Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Marilyn Muir Beccue,
Assistant Attorney General, Tampa, for
Appellee.

MORRIS, Judge.

        D.O. appeals her adjudication of juvenile delinquency for the offense of

carrying a concealed weapon.  We affirm the adjudication without comment but remand

for the circuit court to correct the disposition order to provide that D.O.'s probation shall

run concurrently with her juvenile probation in two other cases. The order currently provides that D.O.'s probation will run concurrently with *and* consecutively to her other probation, and the State concedes this scrivener's error.

Affirmed and remanded.


SILBERMAN and WALLACE, JJ., Concur.